## Fulmer v. Gatz, Appellant.

Argued April 21, 1958. Before HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (RHODES, P. J., absent).

*George M. Weis*, with him *Weis & Weis*, for appellant.

*Theodore M. Tracy*, with him *Edward O. Spotts*, for appellee.

OPINION PER CURIAM, April 22, 1958:

The six judges who heard the argument in this case having been equally divided in their opinion as to the disposition of the appeal, the judgment is affirmed.